IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANK W. JACKSON**<br>102 Pasture Lane<br>Yorktown, VA 23693<br><br>     Plaintiff,<br><br>v.<br><br>**HANSFORD T. JOHNSON**<br>**Acting Secretary of the Navy**<br>**1000 Navy Pentagon**<br>**Washington, D.C. 20350-1000**<br><br>     Defendant. | Civil Action No. 05-1389 (RBW) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Kevin K. Robitaille, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

               Respectfully submitted,

               _____/s/_____
               KEVIN K. ROBITAILLE
               Special Assistant U.S. Attorney
               Civil Division
               555 Fourth St., N.W.
               Washington, D.C.  20530
               202-353-9895  / FAX 202-514-8780