| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br><br>C. Signature<br>X _____   ☐ Agent  ☐ Addressee<br><br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Alberto Gonzales<br>Atty General of the U.S.<br>Department of Justice<br>10th St. & Constitution Ave., NW<br>Washington, D.C. 20530 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

2. Article Number (Copy from service label)
7099 3400 0018 3588 5190

PS Form 3811, July 1999       Domestic Return Receipt       102595-00-M-0952



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON DC 20530

| | |
|---|---|
| Postage | $1.06 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.11 |

Postmark Here — AUG 30 2005

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Alberto Gonzalez, Atty General of U.S.
Street, Apt. No.; or PO Box No.
Dep't of Justice, 10th St & Constitution Ave., NW
City, State, ZIP+4
Washington D.C. 20530

PS Form 3800, February 2000       See Reverse for Instructions

7099 3400 0018 3588 5190