| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* **LYNN H. BLEVINS**   B. Date of Delivery **SEP 1 5 2**<br>C. Signature **X ADMINISTRATIVE ASSISTANT** ☐ Agent ☐ Addressee<br>D. **TO THE GENERAL COUNSEL** ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>DEPARTMENT OF THE NAVY<br>OFFICE OF THE GENERAL COUNSEL<br>WASHINGTON, D.C. 20350 |
| 1. Article Addressed to:<br>Hansford T. Johnson<br>Acting Secretary of the Navy<br>1000 Navy Pentagon<br>Washington, D.C. 20350 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>7099 3400 0018 3588 5206 | |

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

WASHINGTON DC 20005

| | |
|---|---|
| Postage | $ $1.29 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.34 |

Recipient's Name *(Please Print Clearly)* *(to be completed by mailer)*
Hansford T. Johnson (Acting Secretary of the Navy)
Street, Apt. No.; or PO Box No.
1000 Navy Pentagon
City, State, ZIP+4
Washington, D.C. 20350

PS Form 3800, February 2000

7099 3400 0018 3588 5206