# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FRANK W. JACKSON**           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | |
| v.           ) | Civil Action No. 05-1389 (RBW) |
| ) | |
| **HANSFORD T. JOHNSON**           ) | |
| **ACTING SECRETARY OF THE NAVY**           ) | |
| ) | |
| Defendant.           ) | |

## AFFIDAVIT FOR RETURN OF SERVICE

1) I am counsel for Plaintiff Frank W. Jackson in the above referenced case. I am submitting this affidavit, pursuant to Rule 4(*l*) of the Federal Rules of Civil Procedure, and Local Rule 5.3 to certify that service was effected upon Defendant in this case in the following manner.

2) I sent a copy of the Complaint in the above captioned matter along with a copy of a Summons in a Civil Case via certified mail, return receipt, number 7099 3400 0018 3588 5183 on August 30, 2005 to: the United States Attorney for the District of Columbia, 555 – Fourth Street, N.W., Washington, DC, 20001. Signed receipt of the Complaint and Summons was made on September 6, 2005. Copies of the certified Mail Receipt, as well as the Return Card are attached.

In accordance with the provisions of 28 U.S.C. §1746, I declare under penalty of perjury that the facts contained in the foregoing statement are true and correct to the best of my knowledge, information and belief.

___10/06/05_____        _____/s_____
Dated                                             Camilla C. McKinney, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of October, 2005, I caused a true and correct copy of the foregoing Affidavit for Return of Service to be served electronically to:

Kevin K. Robitaille
Special Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC  20530

_____/s_____
Camilla C. McKinney