| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery<br><br>C. Signature<br>X _Ernst L. Lisko_  ☐ Agent  ☐ Addressee<br><br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |

1. Article Addressed to:

Kenneth L. Wainstein
U.S. Attorney
555 Fourth St., NW
Washington, D.C. 20530

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)

7099 3400 0018 3588 5183

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON DC 20530

| | |
|---|---|
| Postage | $ $1.29 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.34 |

Postmark Here — AUG 30 2005 — WASHINGTON DC SQUARE CO — USPS 2003 6-8295 08/30/2005 84

Recipient's Name (Please Print Clearly) (to be completed
Kenneth L. Wainstein (U.S. Atto(ney)
Street, Apt. No.; or PO Box No.
555 Fourth St., NW
City, State, ZIP+4
Washington, D.C. 20530

PS Form 3800, February 2000

7099 3400 0018 3588 5183