UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK W. JACKSON )<br> )<br>    Plaintiff, )<br> )<br>    v. )<br> )  No.  05-1389 (RBW)<br>GORDON R. ENGLAND[1], )<br>Secretary, Department of the Navy, )<br> )<br>    Defendant. )<br>_____) | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss or, in the Alternative, to Transfer Venue, Plaintiff's Opposition, Defendant's Reply Brief, and the record herein, it is this

_____ day of _____, 2005,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Plaintiff's claims are hereby DISMISSED.  This is an appealable final Order.

_____
REGGIE B. WALTON
United States District Judge

Copies to:
Parties via ECF

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), the Honorable Gordon R. England is substituted for Hanford T. Johnson, as Secretary of the Navy.