UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **FRANK W. JACKSON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1389 (RBW) |
| | ) | |
| **HANSFORD T. JOHNSON** | ) | |
| **ACTING SECRETARY OF THE NAVY** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Plaintiff Frank W. Jackson, by and through undersigned counsel, hereby respectfully requests an extension of time until December 16, 2005 to submit Plaintiff's Opposition to Defendant's Motion to Transfer. Defendant consents to this extension of time.

Fed. R. Civ. P. 6(b) grants discretion to extend any deadline "for cause shown." It is in good faith that the undersigned counsel requests this necessary, additional time. There are a number of complex issues involved in this case and Plaintiff needs the additional time to sufficiently research and argue all the claims. Further, the up-coming holiday has made it difficult to timely submit Plaintiff's Opposition to Defendant's Motion to Transfer. Therefore, Plaintiff's counsel requests the enlargement to have adequate time to respond to Defendant's motion.

Plaintiff also seeks this enlargement in order to manage unexpected matters that arose in other unrelated cases. Counsel did not expect to have pressing and urgent matters arise in other cases which have hindered her ability to timely complete the

Opposition. For example, Plaintiff's counsel has obtained several new matters which had pressing deadlines. Due to this unanticipated work case load, combined with the holiday, undersigned needs the additional time to complete the Opposition in this case.

For the foregoing reasons, Plaintiff's counsel has shown just cause why this motion should be granted. The extension sought by Plaintiff would benefit the administration of justice by permitting a more extensive and thorough argument of the issues. Additionally, the Defendant has consented to this extension and should not be prejudiced by this delay. Accordingly, the Plaintiff respectfully requests that he be given until December 16, 2005 to file his Opposition.

Dated: November 18, 2005                     Respectfully submitted,

_____/s_____
Camilla C. McKinney, Esq.
Law Offices of Camilla C. McKinney
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005
(202) 861-2934/(202) 517-9111(fax)
*Attorney for Plaintiff Frank W. Jackson*

### CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Consent Motion for an Extension of Time, to be served electronically, via the CM-ECF system, this 18th day of November, 2005, to:

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530

_____s/_____
Camilla C. McKinney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANK W. JACKSON** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1389 (RBW) |
| | ) |
| **HANSFORD T. JOHNSON** | ) |
| **ACTING SECRETARY OF THE NAVY** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion to Extend Time to File an Opposition to Defendant's Motion to Transfer, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that Plaintiff have until December 16, 2005, to file Plaintiff's Opposition.

It is so ORDERED this _____ day of _____, 2005.

_____
United States District Judge