UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANK W. JACKSON**<br><br>                  Plaintiff,<br><br>         v.<br><br>**HANSFORD T. JOHNSON**<br>**ACTING SECRETARY OF THE NAVY**<br><br>                  Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-1389 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO TRANSFER AND STIPULATION TO TRANSFER CASE**

Plaintiff Frank W. Jackson, by and through undersigned counsel, hereby responds to Defendant's Motion to Transfer and Stipulates to the Transfer of this case, without prejudice, to the U.S. District Court for the Eastern District of Virginia.

By this Stipulation, Plaintiff does not concede to the averments in Defendant's Motion to Transfer and maintains the right to object and oppose any allegations, defenses or arguments set forth in Defendant's Motion to Transfer. Plaintiff believes that this case can be maintained in this Court and explicitly rejects Defendant's contentions to the contrary. However, because jurisdiction could alternatively be maintained in the Eastern District of Virginia, Plaintiff will stipulate to that Court's jurisdiction.

Accordingly, Plaintiff stipulates to the transfer of this case to the U.S. District Court for the Eastern District of Virginia without prejudice to plaintiff's rights to pursue his claims. Undersigned counsel anticipates continuing representation of Plaintiff after the case is transferred to the Eastern District of Virginia and intends to file a motion *pro hac vice* and/or to seek admission into that Court.

Dated: December 16, 2005					Respectfully submitted,

							_____/s_____
							Camilla C. McKinney, Esq.
							Law Offices of Camilla C. McKinney
							1100 Fifteenth Street, N.W., Suite 300
							Washington, D.C. 20005
							(202) 861-2934/(202) 517-9111(fax)

							*Attorney for Plaintiff Frank W. Jackson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2005, I caused a true and correct copy of the foregoing Plaintiff's Response to Defendant's Motion to Transfer and Stipulation to Transfer Case be served electronically, via the CM-ECF system, to:

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530

							_____s/_____
							Camilla C. McKinney

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANK W. JACKSON** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1389 (RBW) |
| **HANSFORD T. JOHNSON** <br> **ACTING SECRETARY OF THE NAVY** | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of the Defendant's Motion to Transfer, Plaintiff's Response to Defendant's Motion to Transfer and Stipulation to Transfer Case, and the entire record herein, it is this _____ day of _____, 2005, hereby

ORDERED that Plaintiff's action be and is hereby transferred to the U.S. District Court for the Eastern District of Virginia without prejudice.

It is so ORDERED this _____ day of _____, 2005.

_____
United States District Judge

Copies to:
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530

Camilla McKinney
Law Office of Camilla McKinney, PLLC
1100 15th Street, NW, Suite. 300
Washington, DC 20005