UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**FRANK W. JACKSON,**               )    Civil Action No. 05-1389 (RBW)
                                    )
       Plaintiff,           )
                                    )
       v.                    )
                                    )
**GORDON R. ENGLAND,**              )
Secretary of the Navy,              )
                                    )
       Defendant.           )
_____)

## ORDER GRANTING MOTION TO TRANSFER

Currently before the Court are the Defendant's Motion to Dismiss or, in the Alternative, to Transfer Venue and the Plaintiff's Response to Defendant's Motion to Transfer and Stipulation to Transfer Case. It is hereby

**ORDERED** that the defendant's motion to transfer this matter to the United States District Court for the Eastern District of Virginia is GRANTED pursuant to 28 U.S.C. § 1404(b). It is further

**ORDERED** that the defendant's motion to dismiss this matter for improper venue is DENIED as moot. It is further

**ORDERED** that this matter shall be transferred to the United States District Court for the Eastern District of Virginia.

**SO ORDERED** this ____ day of December, 2005.

                                                            REGGIE B. WALTON
                                                            United States District Judge